IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jesse R. Lance,<br><br>           Plaintiff,<br><br>v.<br><br>Carolina First Bank; Nan D. Leviner,<br>Vice President; City of Georgetown, S.C.;<br>Johnell Sparkman, Investigator; Robert H.<br>O'Donnell, Judge; Deputy Solicitor Robert<br>B. Bryan; and John and Cindy Richards,<br><br>           Defendants. | Civil Action No. 2:09-2649-SB-BM<br><br>**ORDER** |

This matter is before the Court upon the Plaintiff's pro se complaint, filed pursuant to 28 U.S.C. § 1915. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On December 8, 2009, United States Magistrate Judge Bristow Marchant issued a report and recommendation ("R&R"), analyzing the Plaintiff's complaint and recommending that the Court dismiss without prejudice the Plaintiff's complaint as to certain Defendants, namely, the City of Georgetown, Judge O'Donnell, and Deputy Solicitor Bryan. Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within ten days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written

objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R (Entry 12) as the Order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice as to the following Defendants: City of Georgetown, South Carolina; Judge Robert H. O'Donnell; and Deputy Solicitor Robert B. Bryan.

**AND IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

January 4, 2010
Charleston, South Carolina